Andre M. Leteve 277278
ASPC Tucson/Rincon 2/C61
PO Box 24401
Bldg. 11 C 11
Tucson, AZ 85734-4401

☒ FILED   ☐ LODGED

**Aug 04 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANDRE M. LETEVE,<br><br>    Petitioner,<br><br>    vs.<br><br>RYAN THORNELL, et al.,<br><br>    Respondents. | No. CV-25-00622-TUC-JGZ<br><br>PLAINTIFF'S MOTION TO WITHDRAW FIRST SET OF REQUESTS FOR ADMISSIONS (Doc. # 35) |

PLAINTIFF ANDRE' M. LETEVE, APPEARING Pro Se, RESPECTFULLY MOVES THE COURT FOR LEAVE TO WITHDRAW PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION DOCUMENT # 35.

THIS REQUEST IS MADE IN GOOD FAITH AND IN THE INTEREST OF JUDICIAL ECONOMY.

P. 1

After further review of the court's scheduling order, the applicable Federal Rules of Civil Procedure, and the Local Rules of Civil Procedure, Plaintiff has determined that withdrawing the pending requests for admission will simplify discovery and avoid unnecessary disputes regarding the form and number of the requests.

Plaintiff intends to proceed with discovery in a manor consistent with the court's scheduling order and the applicable rules and, if appropriate to serve revised discovery requests that comply with those requirements.

This request is made solely for purposes of streamlining discovery and should not be construed as a waiver of plaintiff's right to conduct discovery otherwise permitted by the Federal Rules of Civil Procedure, the Local Rules, or any order of this court.

Counsel for defendants has indicated that defendants do not oppose the withdrawl of the first set of requests for admission.

Wherefore, Plaintiff respectfully requests that the court permit Plaintiff to withdraw the first set of requests for admission (Doc. # 35).

Respectfully submitted, this 4th day of August.

André M. Leteve

ASPC Tucson/Rincon D/Row
P.O. Box 24403
Tucson, Arizona 85734.

P2

I HERE BY CERTIFY THAT on August 4th 2026 I ELECTRONICALLY TRANSMITTED THE FOREGOING DOCUMENT TO THE CLERK'S OFFICE USING THE CM/ECF SYSTEM.

I FURTHER CERTIFY THAT ON THIS SAME DAY, THE FOLLOWING DOCUMENT AND NOTICE OF FILING WAS SERVED BY MAIL TO THE FOLLOWING:

BRIAN BERGIN
(ATTORNEY FOR DEFENDANTS)
4343 E. CAMELBACK Rd. SUITE 210
PHOENIX, AZ 85018.

P.3