Andre M. Leteve 277278
ASPC Tucson/Rincon 2/C61
PO Box 24401
Bldg. 11 C 11
Tucson, AZ 85734-4401



FILED ☒    LODGED ☐

**Aug 06 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ANDRE M. LETEVE,

      Petitioner,

      vs.

RYAN THORNELL, et al.,

      Respondents.

No. CV-25-00622-TUC-JGZ

PLAINTIFFS <u>REVISED</u> FIRST SET OF
ADMISSIONS
AND
NOTICE OF SERVICE.

PLAINTIFF ANDRE' M. LETEVE' APPEARING PRO SE, PURSUANT TO FED.
R.CIV.P. AND LRCIV 36.1 AND THE COURTS SCHEDULING, DISCLOSURE, AND
DISCOVERY ORDER (DOC.#29), PLAINTIFF REQUESTS R. THORNELL et al.,
ANSWER THE FOLLOWING;

P1 q2

1 of 7

RESPECTFULLY SUBMITTED THIS 6TH of AUGUST 2026
BY ANDRÉ M. LETEVÉ

André M. Leteve #277278
ASPC/TUCSON/RINCON D/ROW
P.O. BOX 24401
TUCSON, AZ 85734-4401


I HERE BY CERTIFY THAT ON ~~30~~ AUGUST 6TH 2026, I ELECTRONICALLY
TRANSMITTED THE FOLLOWING DOCUMENT TO THE CLERKS OFFICE USING
THE CM/ECF SYSTEM.


I FURTHER CERTIFY THAT ON THIS SAME DAY, THE FOLLOWING
DOCUMENTS AND NOTICE OF ELECTRONIC FILING WAS SERVED BY MAIL
TO THE FOLLOWING


MR. BRIAN BERGIN
(ATTORNEY FOR THE DEFENDANTS)
4343 E. CAMELBACK RD, SUITE 210
PHOENIX ARIZONA 85018.

PLAINTIFF'S REVISED FIRST REQUEST FOR ADMISSION.        CV-25-00622-TUC-JGZ

TO: DEFENDANT SGT. M. TUCCINO

COUNT 1 - ADCRR DEPARTMENT ORDER 914 (EFFECTIVE OCTOBER 4, 2023)

PURSUANT TO RULE 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND THE COURTS SCHEDULING ORDER (DOC. #29), PLAINTIFF REQUESTS THAT SGT. M. TUCCINO ADMIT OR DENY THE FOLLOWING:

No 1    ADMIT THAT YOU WERE EMPLOYED AS PROPERTY SERGEANT AT ASPC TUCSON-RINCON DURING FEBRUARY. 2025.

No 2    ADMIT THAT THE LEXIS NEXIS SHIPMENT ADDRESSED TO PLAINTIFF ARRIVED AT ASPC TUCSON-RINCON MAIL ROOM.

No.3   ADMIT THAT YOU OR THE STAFF YOU SUPERVISED PARTICIPATED IN THE HANDLING, REVIEW OR DISPOSITION OF PLAINTIFF'S LEXIS NEXIS SHIPMENT.

No. 4.  ADMIT THAT PLAINTIFF NEVER RECEIVED THE LEXIS NEXIS SHIPMENT.

No. 5   ADMIT THAT PLAINTIFF WAS NOT PROVIDED A COMPLETED DO 914 PUBLICATION REVIEW NOTICE CONCERNING THAT SHIPMENT # 120x336W0334911768

No 6    ADMIT THAT PLAINTIFF WAS NOT PROVIDED A CONTRABAND NOTICE IDENTIFYING THE SHIPMENT AS CONTRABAND

CV-25-0062-TUC-JGZ

No. 7. Admit that Plaintiff was not provided an ~~appeal~~ opportunity to appeal before the shipment was disposed of.

No. 8. Admit that ADCRR 914 policy required notice and an opportunity to appeal before disposal of excluded publications.

No. 9. Admit that no written record exists showing Plaintiff waived his appeal rights concerning the shipment.

No. 10. Admit that DO. 914 Section 9.3.5 provides that a decision by one ADCRR complex to allow or exclude a publication is binding on all other complexes.

P. 2 OF 2

4 of 7

Plaintiffs Revised First Request for Admission.    CV-25-00622-TUC-JGZ

To Defendant J. Martinez

Count II  Mail and Delivery Policy and Periodical Delivery

Pursuant to Rule 36 of the Federal Rules of Civil Procedure and the Courts Scheduling Order (Doc # 29). Plaintiff requests that Warden J. Martinez admit or deny the following:

No. 1. Admit that you were the warden of ASPC Tucson during the relevant period.

No. 2 Admit that incoming newspapers were processed through ASPC Tucson mail procedures under your authority.

No. 3 Admit that plaintiff filed grievances concerning delayed delivery of newspapers

No. 4 Admit that plaintiff's grievances were received and reviewed by ADCRR

No. 5 Admit that plaintiff complained of repeated delays in delivery of the Wall Street Journal

No. 6 Admit that newspapers were sometimes delivered several days after arriving at the Tucson Complex

P. 1 of 2

CV-25-00622-TUC-JGZ

No.7. ADMIT THAT TIMELY DELIVERY OF NEWSPAPERS IS GOVERNED BY ADCRR MAIL POLICIES.

No.8 ADMIT THAT ADCRR HAS AUTHORITY TO MODIFY MAIL-HANDLING PROCEDURES.

No.9. ADMIT THAT PLAINTIFF CONTINUES TO COMPLAIN OF DELAYED NEWSPAPERS DELIVERY AFTER FILING GRIEVANCES.

No.10 ADMIT THAT NO WRITTEN CHANGE TO TUCSON MAIL PROCEDURES WAS IMPLEMENTED IN RESPONSE TO PLAINTIFF'S GRIEVANCES DURING THE RELEVANT PERIOD.

P.2 of 2

6 of 7

Plaintiff's First Set of Requests for Admission          CV-25-00622-TUC-JGZ
To Defendant Director Ryan Thornell.

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Requests that Defendant Ryan Thornell admit or deny the following Requests for Admission within the time prescribed by the Federal Rules and the Courts order (Doc #29).

No 1   Admit that during the period beginning May 22, 2025 through the filing of Plaintiffs Complaint, You served as Director of the Arizona Department of Corrections Rehabilitation and Reentry ("ADCRR").

No 2.  Admit that ADCRR maintains written policies governing fire, life safety, and loss prevention throughout its correctional institutions.

No 3   Admit that Department Order 404 requires ADCRR to conduct inspection, testing, maintenance, repair, replacement, or modification of institutional fire alarm systems and related fire protection equipment.

No 4   Admit that Department Order 404 requires ADCRR to maintain institutional fire alarm and fire protection systems in accordance with National and State Requirements, applicable to fire and life safety standards.

No 5   Admit that ADCRR maintains records documenting inspection, testing, maintenance, repair, and replacement activities relating to institutional fire alarm and fire suppression systems.

7 of 7

P. 1 of 1