**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Andre Michael Leteve,

Plaintiff,

v.

Ryan Thornell, et al.,

Defendants.

No. CV-25-00622-TUC-JGZ

**ORDER**

Having considered Plaintiff's Motion to Withdraw First Set of Requests for Admissions (Doc. 39), and good cause appearing,[1]

**IT IS ORDERED** that Plaintiff's Motion (Doc. 39) is **granted**. Plaintiff's First Set of Requests for Admissions (Doc. 35) is **withdrawn**. Plaintiff is reminded that, pursuant to Section 4 of the Court's Scheduling Order (Doc. 29) and LRCiv 5.2, he need only file a "Notice of Service" with the Court indicating he has served a discovery request or response, not the request or response itself.

Dated this 21st day of August, 2026.

Jennifer G. Zipps
Chief United States District Judge

[1] Defendants did not respond to the Motion, and Plaintiff represented that "Defendants do not oppose the withdrawal of the first set of requests for admission." (Doc. 39 at 2.)