Brian Bergin, #016375
Kevin Kasarjian, #020523
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7855
Facsimile: (602) 888-7856
bbergin@bfsolaw.com
kkasarjian@bfsolaw.com
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Andre Michael Leteve,<br><br>Plaintiff,<br><br>vs.<br><br>Ryan Thornell, et al.,<br><br>Defendants. | Case No.: CV-25-00622-TUC-JGZ<br><br>**NOTICE OF DEPOSITION** |

**TO: ANDRE MICHAEL LETEVE, ADCRR #277278**

PLEASE TAKE NOTICE that, pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure, your deposition will be taken upon oral examination, at the time and place stated below, before an officer authorized by law to administer oaths.

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Andre Michael Leteve, #277278<br>Arizona State Prison Complex - Tucson<br>10000 S Wilmot Rd<br>Tucson, AZ 85734 |
| **DATE AND TIME OF APPEARANCE:** | October 30, 2026, at 10:00 a.m. |
| **PLACE OF APPEARANCE:** | **VIA ZOOM**<br>Bergin, Frakes, Smalley & Oberholtzer, PLLC<br>4343 East Camelback Road, Suite 210<br>Phoenix, Arizona 85018 |

**METHOD OF RECORDING:** Pursuant to Rule 30, Federal Rules of Civil Procedure, notice is given that the deposition testimony will be recorded by a stenographic court reporter.

The camera for the remote deposition will be placed in a position facing the deponent at all times.

DATED this 30th day of September, 2026.

By: */s/ Brian Bergin*
Brian Bergin
Kevin Kasarjian
4343 East Camelback Road, Suite 210
Phoenix, AZ 85018
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

I further certify that, on this same date, the foregoing document and a Notice of Electronic Filing were served by mail to the following, who is not a registered participant of the CM/ECF system:

Arizona Department of Corrections, Rehabilitation & Reentry
Andre M. Leteve, #277278
ASPC/Tucson/Rincon D/Row
801 E Jefferson St
Phoenix, AZ 85034

By: */s/ Shelly Hilton*