FILED LODGED
Sep 29 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

André Michael Letevé, Plaintiff,

v.

Ryan Thornell, et al., Defendants.

Case No. 4:25-CV-00622-JGZ

DECLARATION OF ANDRÉ MICHAEL LETEVÉ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

DECLARATION

I, André Michael Letevé, declare as follows:

1. I am the Plaintiff and am incarcerated at ASPC-Tucson, Rincon Unit.

2. I am under a sentence of death. I make this declaration from personal knowledge except where expressly stated otherwise.

3. In November 2024, I was moved with the death-row population from the prior death-row location to ASPC-Tucson/Rincon.

4. From my personal experience with that move, I was not provided meaningful advance information identifying the destination, exact transfer date, time, route, or other operational details that would have allowed me to prepare and file a motion concerning conditions at the receiving institution before movement occurred.

5. From that experience, movements of death-sentenced prisoners are handled under heightened security and affected prisoners are informed at or about the time of movement rather than sufficiently in advance to litigate destination-specific conditions.

6. I do not seek advance disclosure of the date, time, destination, route, transportation arrangements, staffing, security procedures, receiving cell, or other security-sensitive information concerning a future transfer.

7. Count III concerns fire and life-safety conditions in my current housing environment, including the alleged lack or impairment of automatic fire-protection systems.

8. If ADCRR transfers me while Count III remains pending, my concern is not the transfer itself. My concern is being placed in another housing area without operational fire detection and automatic fire alarm protection, or without an operational automatic fire-suppression system where such a system is required by applicable fire/life-safety requirements.

9. I cannot independently inspect a receiving institution before transfer, select the institution, or refuse an assigned housing area because of its fire-protection condition.

10. I ask for a procedure that does not require ADCRR to tell me about a transfer in advance but requires the responsible ADCRR official to verify the applicable fire/life-safety systems before I am housed at the receiving location.

11. I make this declaration to explain why waiting for advance notice of a particular transfer would not provide a realistic opportunity to seek pre-transfer relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 29th, 2026, at ASPC-Tucson, Arizona.

[signature]

André Michael Leteví

ADCRR No. 277278