Andre M. Leteve 277278
ASPC Tucson/Rincon 2/C61
~~PO Box 24401~~ 801 E. JEFFERSON ST
Bldg. 11 C 11 PHX AZ 85034
~~Tucson, AZ 85734-4401~~

☒ FILED ☐ LODGED
Oct 29 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANDRE M. LETEVE,<br><br>Petitioner,<br><br>vs.<br><br>RYAN THORNELL, et al.,<br><br>Respondents. | No. CV-25-00622-TUC-JGZ<br><br>DECLARATION OF ANDRÉ MICHAEL LETEVÉ REGARDING OBSERVED FIRE-WATCH ROUNDS.<br><br>(28 U.S.C § 1746) |

I, ANDRÉ MICHEL LETEVÉ, DECLARE AS FOLLOWS:

1) I AM PLAINTIFF IN THIS CASE AND AM INCARCERATED AT ASPC-TUCSON, RINCON UNIT. I MAKE THIS DECLARATION FROM MY OWN PERSONAL OBSERVATIONS.

2) I HAVE OBSERVED CORRECTIONAL OPERATIONS AT RINCON OVER APPROXIMATELY THE LAST TWO YEARS. BASED ON WHAT I COULD OBSERVE, THE THIRTY-MINUTE FIRE-WATCH ROUNDS HAVE NOT ALWAYS OCCURRED AT THE PRESCRIBED INTERVALS.

3) ON OCTOBER 24, 2026, I PERSONALLY OBSERVED THAT THE REGULAR HOURLY ROUNDS WERE COMPLETED, BUT THE ADDITIONAL THIRTY-MINUTE FIRE-WATCH ROUNDS WERE MISSED, MEANING NOT PERFORMED, DURING THE 1:00pm, 2:00 p.m., AND 3:00pm HOURS. THUS, I OBSERVED THREE MISSED INTERVENING HALF-HOUR ROUNDS WHILE THE HOURLY WALKS OCCURED.

4) ON OCTOBER 25, 2026, I PERSONALLY OBSERVED ONLY ONE ROUND IN EACH OF THE 11:00 A.M., 12:00 NOON, 1:00 p.m., AND 2:00 p.M. HOURS. I DID NOT OBSERVE THE ADDITIONAL ROUNDS REQUIRED TO MAINTAIN A THIRTY-MINUTE INTERVALS. I THEREFORE OBSERVED FOUR MISSED INTERVENING HALF-HOUR ROUNDS DURING THOSE HOURS.

5) MY STATEMENTS CONCERN THE ROUNDS I COULD PERSONALLY OBSERVE FROM MY LOCATION AND DURING THE PERIODS DESCRIBED. I DO NOT CLAIM TO HAVE MONITORED ALL OFFICER MOVEMENT OR EVERY PART OF RINCON UNIT.

6) I BELIEVE THAT INSUFFICIENT STAFFING HAS CONTRIBUTED TO MISSED ROUNDS, BASED ON MY OBSERVATIONS. I DO NOT HAVE PERSONAL KNOWLEDGE OF ALL STAFFING ASSIGNMENTS OR INSTITUTIONAL STAFFING RECORDS, AND I

DO NOT STATE STAFFING LEVELS AS AN INDEPENDANTLY VERIFIED FACT.

7) I AM CONCERNED THAT MISSED ROUNDS MAY DELAY THE DETECTION AND REPORTING OF SMOKE OR FIRE WHILE AUTOMATIC FIRE-PROTECTION SYSTEMS ARE IMPAIRED.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON OCTOBER 27TH 2026 AT 11:27 AM.

[signature]
ANDRE M. LETENÉ